THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOHN ROBERT TORNABENE, Defendant-Appellant.

(No. 57561;

First District (3rd Division)—March 21, 1974.

Opinion by Mr. PRESIDING JUSTICE McNAMARA.

James J. Doherty, Public Defender, of Chicago (Ian Levin, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Frederic Chaimson, Assistant State's Attorneys, of counsel), for the People.